Hans A. Mitchell, ISB No. 5565
PERKINS, MITCHELL, POPE & MCALLISTER LLP
Capitol Park Plaza
300 North 6th Street, Suite 200
P. O. Box 519
Boise, Idaho 83701
Telephone: (208) 345-8600
Facsimile: (208) 345-8660
Email: service@perkinsmitchell.com

Attorneys for General Motors LLC

## UNITED STATE DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PETER LINDSTROM D.D.S., a married individual,<br><br>Plaintiff,<br><br>vs.<br><br>GENERAL MOTORS LLC, a Delaware Corporation; ENTERPRISE RENT-A-CAR COMPANY OF UT, LLC, a Delaware Limited Liability Company; and ENTERPRISE HOLDINGS, INC., a Missouri corporation,<br><br>Defendants. | Case No.<br><br>NOTICE OF REMOVAL |

TO: The United States District Court for the District of Idaho.

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant General Motors LLC, files this Notice of Removal of this action from the District Court of the Fourth Judicial District of the State of Idaho in and for the County of Ada to the United States District Court for the District of Idaho, Southern Division (Boise). In support thereof, Defendant General Motors LLC respectfully shows:

NOTICE OF REMOVAL - 1

1. An Amended Summons and Complaint was served upon counsel for General Motors LLC on or about October 12, 2017. Therefore, this Notice of Removal is filed within 30 days of the date the Amended Summons and Amended Complaint were served on Defendant General Motors LLC. In compliance with 28 U.S.C. § 1446(a), a true and correct copy of the process and pleadings received by Defendant General Motors LLC is attached hereto as **Exhibit 1**.

2. The State Court Action was returnable in the State Court on October 26, 2017. Defendant General Motors LLC has neither served nor filed an Answer in the State Court Action. Other than the Summons and Complaint and Amended Summons and Complaint, no other pleadings have been filed in the State Court Action.

3. This Court has original subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332 in that, upon information and belief, the amount in controversy as alleged in the Summons and Complaint exceeds $75,000, as the Amended Complaint asserts damages stemming from personal injuries to Plaintiff who allegedly is a dentist and claims that Plaintiff "was forced to sell his dental practice" because of symptoms associated with his injuries and also seeks recovery of "punitive damages" and "attorney fees and costs" under five separate Counts.

4. Plaintiff is a citizen of the State of California.

5. Defendant General Motors LLC is a limited liability company organized under the laws of the State of Delaware with its principal place of business in the State of Michigan. The sole member of General Motors LLC is General Motors Holdings LLC, a Delaware limited liability company with its principal place of business in the State of Michigan. The sole member of General Motors Holdings LLC is General

Motors Company, a Delaware corporation with its principal place of business in the State of Michigan.

6. Defendant Enterprise Rent-A-Car Company of UT, LLC is a Delaware limited liability company with its corporate headquarters located in the State of Missouri.

7. Defendant Enterprise Holdings, Inc., is a Missouri corporation with its corporate headquarters located in the State of Missouri.

8. Defendant Enterprise Rent-A-Car Company of UT, LLC and Defendant Enterprise Holdings, Inc., consent to the removal of this action as evidenced by their respective Consents to Removal filed as **Exhibits 2** and **3** to this Notice of Removal.

9. Under 28 U.S.C. § 1441(a), venue lies in the United States District Court for the District of Idaho Southern Division (Boise) because it embraces the place where the State Court Action is pending.

10. Defendant General Motors LLC is filing a copy of this Notice of Removal with the Clerk of the State Court and serving a copy on Plaintiff as required by 28 U.S.C. § 1446(d). The Notice of Filing Notice of Removal is **Exhibit 4** to this Notice of Removal.

WHEREFORE, Defendant General Motors LLC removes the instant action to this Court for all future proceedings.

DATED this 20th day of October, 2017.

                                              PERKINS, MITCHELL, POPE & MCALLISTER LLP

                                              By:   /s/ Hans A. Mitchell
                                                    Hans A. Mitchell, of the Firm
                                                    Attorneys for Defendants General Motors LLC

NOTICE OF REMOVAL - 4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __20th__ day of October, 2017 I served a true and correct copy of the foregoing NOTICE OF REMOVAL by delivering the same to each of the following, by the method indicated below, addressed as follows:

| | |
|---|---|
| Eric S. Rossman<br>Erica S. Phillips<br>Rossman Law Group, PLLC<br>350 N. 9th Street, Suite 500<br>Boise, Idaho 83702<br>Telephone: (208) 331-2030<br>*Attorneys for Plaintiff* | [ ] U.S. Mail, postage prepaid<br>[ ] Hand-Delivered<br>[ ] Overnight Mail<br>[ ] Facsimile (208) 947-2424<br>[X] ECF/E-Filing |

                                                   /s/ Hans A. Mitchell
                                                   Hans A. Mitchell