# EXHIBIT 2

Hans A. Mitchell, ISB No. 5565
PERKINS, MITCHELL, POPE & MCALLISTER LLP
Capitol Park Plaza
300 North 6th Street, Suite 200
P. O. Box 519
Boise, Idaho 83701
Telephone: (208) 345-8600
Facsimile: (208) 345-8660
Email: service@perkinsmitchell.com

Attorneys for General Motors LLC

UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PETER LINDSTROM D.D.S., a married individual,<br><br>Plaintiff,<br><br>vs.<br><br>GENERAL MOTORS LLC, a Delaware Corporation; ENTERPRISE RENT-A-CAR COMPANY OF UT, LLC, a Delaware Limited Liability Company; and ENTERPRISE HOLDINGS, INC., a Missouri corporation,<br><br>Defendants. | Case No.<br><br>DEFENDANT ENTERPRISE RENT-A-CAR COMPANY OF UT, LLC'S CONSENT TO REMOVAL |

DEFENDANT ENTERPRISE RENT-A-CAR COMPANY OF UT, LLC'S CONSENT TO REMOVAL - 1

TO: CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF IDAHO SOUTHERN DIVISION (Boise).

Defendant Enterprise Rent-A-Car Company of UT, LLC hereby consents to the removal of the above-entitled action from the District Court of the Fourth Judicial District of the State of Idaho in and for the County of Ada to this Court.

DATED this 20th day of October, 2017.

                PERKINS COIE

                By: /s/ Kelly A. Cameron
                     Kelly A. Cameron, of the Firm
                     Attorneys for Defendants Enterprise Rent-A-Car Company of UT, LLC and Enterprise Holdings, Inc.

DEFENDANT ENTERPRISE RENT-A-CAR COMPANY OF UT, LLC'S CONSENT TO REMOVAL - 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __20th__ day of October, 2017 I served a true and correct copy of the foregoing DEFENDANT ENTERPRISE RENT-A-CAR COMPANY OF UT, LLC'S CONSENT TO REMOVAL by delivering the same to each of the following, by the method indicated below, addressed as follows:

| | | |
|---|---|---|
| Eric S. Rossman | [ ] | U.S. Mail, postage prepaid |
| Erica S. Phillips | [ ] | Hand-Delivered |
| Rossman Law Group, PLLC | [ ] | Overnight Mail |
| 350 N. 9th Street, Suite 500 | [ ] | Facsimile (208) 947-2424 |
| Boise, Idaho 83702 | [X] | ECF/E-Filing |
| Telephone: (208) 331-2030 | | |
| *Attorneys for Plaintiff* | | |

/s/ Hans A. Mitchell
Hans A. Mitchell

DEFENDANT ENTERPRISE RENT-A-CAR COMPANY OF UT, LLC'S CONSENT TO REMOVAL - 3