UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PETER LINDSTROM, D.D.S., a married individual,<br><br>            Plaintiff,<br><br>v.<br><br>GENERAL MOTORS LLC, a Delaware Limited Liability Company; ENTERPRISE RENT-A-CAR COMPANY OF UT, LLC, a Delaware Limited Liability Company; and ENTERPRISE HOLDINGS, INC., a Missouri corporation,<br><br>           Defendants. | Case No. 1:17-CV-00440-CWD<br><br>**ORDER OF DISMISSAL** |

The parties having filed a Stipulation of Dismissal, and good cause appearing therefor, it is hereby ordered that the Stipulation of Dismissal (Dkt. 33) is approved, and that this case is dismissed with prejudice and with each party to bear its own attorney fees and costs.

It is further ordered that the Clerk close this case.

DATED: March 04, 2019

_Candy W. Dale_
Candy W. Dale
U.S. Magistrate Judge

**ORDER OF DISMISSAL - 1**